1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | ) | No. CV-13-4105 MMC |
| | ) | |
| Petitioner, | ) | |
| | ) | [PROPOSED] ORDER TO APPEAR BEFORE |
| v. | ) | REVENUE AGENT AND GIVE TESTIMONY |
| | ) | |
| CLARO TAGLE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

16      This matter came before the Court on Respondent's Motion to Dismiss.  After consideration of

17   the pleadings, arguments by counsel at the hearing on January 24, 2014, this Court entered an Order

18   Denying Motion to Dismiss; Granting in Part and Denying in Part Petitions to Enforce Internal Revenue

19   Summons;  Directions to Petitioner on April 18, 2014.

20      In accordance with that Order granting the Petition to Enforce the Summons with respect to oral

21   testimony;

22      IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Respondent CLARO TAGLE

23   appear before Revenue Agent Tara Robertson at 1:00 p.m., 23rd day of June, 2014, at the Internal

24   Revenue Offices, 185 Lennon Lane, Walnut Creek, California, 94598, and give testimony as required by

25   the summons.

26      ORDERED this  30th  day of  April     , 2014, at San Francisco, California.

27

28

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE